**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 809 MAL 2018

               Respondent         :

                           :   Petition for Allowance of Appeal from
                           :   the Order of the Superior Court

             v.              :

                           :

NORMAN HARVEY A.K.A. ERIC ELROD,   :

                           :

               Petitioner       :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 7th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.